UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARRY JONES,

    Petitioner,

v.                                       Case Number 2:10-CV-14476

THOMAS K. BELL,

    Respondent.
                                       /

**JUDGMENT**

In accordance with the court's "Opinion and Order Conditionally Granting Petition for Writ of Habeas Corpus," dated December 19, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Petitioner Garry Jones and against Respondent Thomas K. Bell. Dated at Detroit, Michigan, this <u>19th</u> day of December 2013.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  S/Lisa Wagner
                                          By: Lisa Wagner, Case Manager
                                                to Judge Robert H. Cleland