UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARRY JONES,

    Petitioner,

v.                                                    Case No. 10-14476

THOMAS K. BELL,

    Respondent.
                                         /

**ORDER DENYING RESPONDENT'S MOTION TO SEAL AND DIRECTING PETITIONER TO RESPOND**

On December 19, 2013, the court issued an opinion and order conditionally granting Petitioner Garry Jones's petition for a writ of habeas corpus. On January 15, 2014, Respondent filed a motion to stay the court's opinion and order as well as a motion to seal documents regarding Petitioner's prison records. These documents have not yet been submitted to the court, but would be filed if the court grants Respondent's motion to seal. After reviewing both motions, the court is inclined to grant the stay, and at this point it does not appear that any further materials from Respondent are necessary to resolve the motion. Accordingly,

IT IS ORDERED that Respondent's "Motion to Seal," [Dkt. # 18], is DENIED.

IT IS FURTHER ORDERED that Petitioner is DIRECTED to respond to Respondent's "Motion to Stay," [Dkt. # 17], by **January 31, 2014.**

                                                           s/Robert H. Cleland
                                                           ROBERT H. CLELAND
                                                           UNITED STATES DISTRICT JUDGE

Dated: January 21, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 21, 2014, by electronic and/or ordinary mail.

                                           s/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522