UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

GARRY JONES,

    Petitioner,

v.                                                 Case No. 10-14476

JOHN DAVIDS,

    Respondent.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Denying the Petition for Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability," entered on January 6, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent John Davids and against Petitioner Garry Jones.

Dated at Port Huron, Michigan, January 6, 2022.

                                                                 KINIKIA ESSIX
                                                                  CLERK OF THE COURT

                                                                  By: s/Lisa Wagner
                                                                  Lisa Wagner, Case Manager
                                                                  to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\10-14476.JONES.Judgment.BHB.MAZ.docx